UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DawnMarie Owens,<br><br>         Plaintiff,<br>v.<br><br>Global Acceptance Credit Company ; and DOES 1-10, inclusive,<br><br>         Defendant. | Civil Action No.:   1:2011-cv-00398 |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of voluntary dismissal pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: November 16, 2011

>Respectfully submitted,
>
>By ___/s/ James D. Kelly_____
>
>James D. Kelly, Esq. (BNH 16177)
>Getman, Schulthess & Steere
>1838 Elm Street
>Manchester, NH  03104
> (603) 634-4300
>
>**Of Counsel to**
>Lemberg & Associates, LLC
>1100 Summer Street
>Stamford, CT 06905
>(203) 653-2250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 16, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                    By /s/ James D. Kelly_____

                                          James D. Kelly