```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

DawnMarie Owens

       v.                                 Civil No. 11-cv-398-LM

Global Acceptance Credit
Company, et al.

## O R D E R

Upon a review of the plaintiff's Notice of Settlement (document no. 5), the certificate of service indicates that service was effectuated by the court's CM/ECF system. In fact, as the defendants have not yet filed an answer or otherwise appeared in this case, they are not receiving electronic notices through the court's CM/ECF system. Thus, there is no proof that the defendants were ever served with the notice of settlement in this case.

As a result, within seven (7) days, the plaintiff shall serve the above-referenced pleading on the defendants in a manner authorized by Fed. R. Civ. P. 5(b)(2) and shall resubmit a certificate of service indicating the manner and date upon which service was effectuated.

SO ORDERED.

```
November 17, 2011                    /s/ Daniel J. Lynch
                                     Daniel J. Lynch
                                     United States Magistrate Judge
cc:  James D. Kelly, Esq.
```