UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


DawnMarie Owens

       v.                    Civil No. 11-cv-398-LM

Global Acceptance Credit
Company, et al.


O R D E R

    By Clerk's Order dated November 15, 2011, counsel for the plaintiff was informed that the case would be dismissed if a return of service, or a motion to extend time to effectuate service, was not filed on or before December 12, 2011.  Plaintiff's counsel filed a Notice of Settlement on November 16, 2011.  The certificate of service contained in the Notice of Settlement, however, erroneously stated that the document had been served on the defendants by the court's CM/ECF system.  As a result, the court issued an order directing counsel for the plaintiff to serve the Notice of Settlement on the defendants in a manner authorized by Fed. R. Civ. P. 5(b)(2), and to resubmit a certificate of service indicating the manner and date upon which service was effectuated.  This was to be accomplished by November 25, 2011.
To date, neither a return of service (on the Complaint) nor a supplemental certificate of service (for the Notice of Settlement) has been filed.

    As a courtesy to the plaintiff, the court will extend the time period to file a return or a supplemental certificate of service until

December 23, 2011.  If no such document is filed by that date, the matter may be submitted to a judicial officer to dismiss the case without prejudice.

    SO ORDERED.

December 14, 2011                         /s/ Daniel J. Lynch
                                        Daniel J. Lynch
                                        United States Magistrate Judge

cc:   James D. Kelly, Esq,