UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>DawnMarie Owens</u>

   v.         Civil No. 11-cv-398-LM

<u>Global Acceptance</u>
<u>Credit Company, et al.</u>


<u>O R D E R</u>

On December 14, 2011, an Order was issued for the plaintiff to file a return of service or a supplemental return of service by December 23, 2011, or the case would be dismissed without prejudice.

To date no further document has been filed. It is herewith ordered that the case is dismissed without prejudice.

SO ORDERED.


January 3, 2012      *<u>/s/ Landya B. McCafferty</u>*
             Landya B. McCafferty
             United States Magistrate Judge


cc: James D. Kelly, Esq.