# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| DawnMarie Owens, | |
| | Civil Action No.:     1:2011-cv-00398 |
| Plaintiff, | |
| v. | |
| Global Acceptance Credit Company ; and DOES 1-10, inclusive, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

DawnMarie Owens ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: January 31, 2012

Respectfully submitted,

By     /s/ James D. Kelly_____

James D. Kelly, Esq. (BNH 16177)
Getman, Schulthess & Steere
1838 Elm Street
Manchester, NH  03104
(603) 634-4300

**Of Counsel to**
Lemberg & Associates, LLC
1100 Summer Street
Stamford, CT 06905
(203) 653-2250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 31, 2012, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of New Hampshire Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By   /s/ James D. Kelly

                                                James D. Kelly